NEW YORK ATTRITION PULVERIZING COMPANY v. VAN TUYL,
appellant.

*Reference—when not compellable.*

An action to restrain the foreclosure of a chattel mortgage, *held* not referable
without the consent of the parties.

APPEAL from an order at special term continuing an injunction
and ordering a reference. The action was brought against Andrew
P. Van Tuyl and another to restrain the foreclosure of a chattel
mortgage.

*Dana & Clarkson,* for appellants.

*Cyrus Lawton,* for respondent.

DAVIS, P. J.

The only point of any materiality passed upon is given in the
head-note.

*Order conditionally affirmed*

---

WILLIAMS v. ALLEN, appellant.

*Reference — when compelled — long account.*

Where only two items of an account were disputed, but it appeared that one of
the items was an aggregate of smaller bills : *Held* a long account, and that a
reference could be compelled. *Welsh* v. *Darragh,* 52 N. Y. 590.

APPEAL from an order of the special term directing a reference.
The action was brought by Delos E. Culver against Benjamin F.
Allen and others to recover the balance of account for moneys in
defendants' hands arising from the sale of securities. After the
commencement of the action Washington B. Williams, the assignee
in bankruptcy of Culver, was substituted as plaintiff.

*Morris & Billings* and *Michael H. Cardozo,* for appellants.

*Culver & Bertrand,* for respondent.

LAWRENCE, J.

The head-note states the only point passed upon in the opinion.

*Order affirmed.*